2024R00640 /EJJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 25- |
| | : | |
| LEONARDO BORRERO | : | 18 U.S.C. § 933(a)(1) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | |

## **I N F O R M A T I O N**

The defendant having waived in open court prosecution by Indictment, the United States charges:

### COUNT ONE
(Firearms Trafficking)

Between on or about November 13, 2024, and on or about February 18, 2025, in Essex County, Passaic County, and Union County, in the District of New Jersey and elsewhere, the defendant,

**LEONARDO BORRERO,**

did knowingly and willfully ship, transport, transfer, cause to be transported, and otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign commerce, knowing and with reason to believe that the use, carrying, and possession of firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
(Possession with Intent to Distribute Fentanyl)

On or about February 18, 2025, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

**LEONARDO BORRERO,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **FORFEITURE ALLEGATION AS TO COUNT ONE**

Upon conviction of the firearms offense in violation of Title 18, United States Code, Section 933(a)(1), as charged in Count One of this Information, the defendant,

**LEONARDO BORRERO,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934(a)(1) and Title 18, United States Code, Section 981(a)(1)(C), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense.

## FORFEITURE ALLEGATION AS TO COUNT TWO

Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count Two of this Information, the defendant,

## LEONARDO BORRERO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest of the defendant in any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of such offense; all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense; and all property traceable to such property.

## SUBSTITUTE ASSETS PROVISION
**(Applicable to All Forfeiture Allegations)**

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

TODD BLANCHE
U.S. Deputy Attorney General

_____
ALINA HABBA
Acting United States Attorney
Special Attorney

_____
ELI JACOBS
Assistant United States Attorney